No. 1180, Misc. GILMORE *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1224, Misc. LUDWIG *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1251, Misc. STORY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1266, Misc. OSBORNE *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1297, Misc. LEIBOWITZ *v.* LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied. *Joseph Aronstein* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Assistant Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 824, Misc. COPPEDGE *v.* UNITED STATES. Motion for leave to use the record in No. 157, October Term, 1961, granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Bennett Boskey* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.